IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RITA L. WAHRER                                                                                          PLAINTIFF

V.                                    NO. 4:12CV00706 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 10th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE